Judge Wendell L. GRIFFEN *v.* ARKANSAS JUDICIAL
DISCIPLINE & DISABILITY COMMISSION

06-1392                                          246 S.W.3d 891

Supreme Court of Arkansas
Opinion delivered January 12, 2007

PER CURIAM. The probable-cause hearing for Judge Wendell Griffen currently scheduled for January 19, 2007, before the Arkansas Judicial Discipline and Disability Commission is hereby stayed. Opinion to follow.

SPECIAL JUSTICES MITCHELL and PERKINS join.

CORBIN and DANIELSON, JJ., not participating.